FILED
July 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002766015

MARK J. HANNON #107829
Attorney At Law
1114 West Fremont
Stockton CA 95203
TELEPHONE (209) 942-2229
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

KEVIN V. LAGORIO
MISTII ROCHA-LAGORIO

_____ DEBTOR(S) _____

CHAPTER 7   NO. 10-33262-A-7

D.C. NO: MJH2

MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE UNDER FRBP 6007(b)

1   Movant Kevin V. Lagorio is the owner and operator of a Certified Public Practice in Stockton, California, named Kevin V. Lagorio, C.P.A.. Movants do not own the real property, and have signed a lease of the premises. There is no resale value. The furnishings, equipment and account receivables have been claimed exempt by movants.

2. The value of movants Certified Public Account practice is inconsequential or non-existent, and the business should be abandoned in order that movants can continue to operate their restaurant and reduce or eliminate estate liabilities.

WHEREFORE movants pray that the trustee be directed to abandon any interest in the movant's business Kevin V. Lagorio, C.P.A., which is the subject of this application, and that they have other and further relief as is just.

Dated: *July 9, 2010*         */s/ Mark J. Hannon*
                              MARK J HANNON Attorney for Debtor(s)